IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL JOHN HENRICKSON,   No. 2:15-cv-1814-JAM-CMK-P

    Petitioner,

  vs.   ORDER

S. PEERY,

    Respondent.

/

    Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's motion for an extension of time (Doc. 12) to file a response to the motion to dismiss filed by respondent(s). Good cause appearing therefor, the request is granted. Petitioner may file a response within 30 days of the date of this order.

    IT IS SO ORDERED.

DATED: April 6, 2016

                                                      **CRAIG M. KELLISON**
                                                    UNITED STATES MAGISTRATE JUDGE